# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dhakaa Al Naisani,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>   Defendant. | No. CV-23-00810-PHX-KML<br><br>**ORDER** |

Plaintiff Dhakaa Al Naisani requested review of the Social Security Commissioner's decision denying her application for Supplemental Security Income. Magistrate Judge Michael T. Morrissey issued a Report and Recommendation recommending the Commissioner's decision be affirmed. (Doc. 25.) Al Naisani filed objections and the Commissioner responded to those objections. (Doc. 26, 27.) Having reviewed the relevant portions of the R&R de novo, the R&R is adopted because its analysis is consistent with this court's.

/
/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 25) is **ADOPTED**.

**IT IS FURTHER ORDERED** the final decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court shall enter judgment accordingly and terminate this case.

Dated this 24th day of September, 2024.

_____
Honorable Krissa M. Lanham
United States District Judge